# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JULY 18, 2018

### NO. 03-18-00227-CV

**Sattar Investments, Inc. and Adnan Sattar, Appellants**

**v.**

**Ingrid Radkey, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on September 14, 2017. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.